# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00484-CV

**Chadwick J. Zellers, Appellant**

**v.**

**Time Warner Entertainment Company, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. 99-04463, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Chadwick J. Zellers has filed an agreed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed:   February 27, 2003